UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEANDRA PITTMAN                                   CIVIL ACTION

VERSUS                                            NO. 13-0352

FIRST CLASS HOTELS, LLC ET AL.                    SECTION F

## J U D G M E N T

This matter was brought before the Court on a call of the docket. Counsel have failed to file a preliminary default or obtain responsive pleading as Ordered. Therefore, this matter is dismissed for failure to prosecute.

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of the defendants First Class Hotels, LLC and Waldorf Astoria Hotels and against plaintiff Deandra Pittman, dismissing the suit at plaintiff's costs, without prejudice.

New Orleans, Louisiana, this __16th__ day of October, 2013.

.

_____
UNITED STATES DISTRICT JUDGE